

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| **JEANNETTE J.** | 501 West 5th Street, Suite 1100 | **PHILIP J.** |
| **CLACK** | Austin, Texas  78701 | **DEVLIN** |
| **CLERK OF COURT** | | **CHIEF DEPUTY** |

**January 15, 2015**

Soraya Yanar Hanshew  
The Hanshew Law Firm, PLLC  
632 Moondale Dr.  
El Paso, TX 79912  

Scott DeShazo  
DeShazo & Nesbitt, LLP  
809 West Avenue  
Austin, TX 78701  

RE:  Jesus Parra v. FedEx Freight Services, Inc. et al  
Case No. 1:15-cv-030-SS (Formerly Case No. 3:14-cv-459-FM)

Dear Counsel:

This is to advise you that the above captioned case has been transferred from the El Paso, and filed in this office on January 15, 2015.

The case has been given case number **1:15-cv-030-SS** and assigned to the Honorable Sam Sparks. It is requested that all future pleadings reflect the case number assigned in this court and that they be filed in the Office of the Clerk at the above address.

Please be sure to review the Local Rules for the Western District of Texas, standing orders for the Austin Division, and the Administrative Policies and Procedures for Electronic Filing.  The *E-Filing and E-Noticing Registration Form* and various other forms are available on our website *www.txwd.uscourts.gov*.

If you have any questions regarding the above information, please do not hesitate to call.

Sincerely,

*Amanda Deichert*  
Deputy Clerk