UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
EL PASO COUNTY DIVISION

| | |
|---|---|
| JESUS PARRA, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 1:15-CV-030-SS |
| FEDEX FREIGHT SERVICES, INC., § | |
| a/k/a FEDEX CORPORATE § | |
| SERVICES, INC., a/k/a FEDEX § | |
| CORPORATION; § | |
| § | |
| *Defendant*. § | |

## PLAINTIFF'S NOTICE OF SUBMISSION OF WRITTEN OFFER OF SETTLEMENT TO DEFENDANTS

Plaintiff, JESUS PARRA (herein, "Plaintiff") certifies that he submitted to Defendants FEDEX FREIGHT SERVICES, INC., a/k/a FEDEX CORPORATE SERVICES, INC. a/k/a FEDEX CORPORATION (herein, "Defendants"), pursuant to the Court's Scheduling Order in the above styled matter, Plaintiff's written offer of settlement on this day, March 17, 2015. Plaintiff's written offer of settlement to Defendants was submitted to Defendants by and through their attorney of record, Rachel Noffke, located at 809 West Avenue, Austin, Texas 78701.

Respectfully submitted,
The Hanshew Law Firm, PLLC
**Soraya Yanar Hanshew, Esq.**
632 Moondale Dr.
El Paso, Texas 79912
syhlaw@outlook.com
(915) 491-6181 Telephone
(915) 996-9907 Facsimile

*[signature]*
SORAYA YANAR HANSHEW
State Bar No. 24047151

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on Defendants via electronic filing pursuant to CM/ECF procedures by and through their attorney of record, Rachel Noffke, located at 809 West Avenue, Austin, Texas 78701 on this 17th day of March 2015.

                                                                _____*/s/Soraya Yanar Hanshew*_____
                                                                  SORAYA YANAR HANSHEW