IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JESUS PARRA, § | | |
|     Plaintiff, § | | |
| § | | |
| v. § | | |
| § | | |
| FEDEX FREIGHT SERVICES, INC., § | CIVIL ACTION NO: 1:15-CV-00030-SS | |
| a/k/a FEDEX CORPORATE SERVICES, § | | |
| INC., a/k/a § | | |
| FEDEX CORPORATION, § | | |
|     Defendant. | | |

## JOINT ADR REPORT

Plaintiff and Defendant jointly submit this ADR Report in accordance with Local Rules and the Court's Scheduling Order.

1. The Parties have exchanged settlement offers. The Settlement offer deadlines were March 17, 2015 for Plaintiff and April 17, 2015 for Defendant.

2. The persons responsible for settlement negotiations on behalf of the parties are:

a. For Plaintiff: Jesus Parra and his counsel, Soraya Hanshew.

b. For Defendant: Timothy Bland and Defendant's counsel, Scott DeShazo.

3. The parties agree that ADR is appropriate in this case. The Parties are currently contemplating the use of mediation as the form of ADR.

4. The respective Parties have been informed by their counsel of the ADR procedures available in this district.

5. The Parties will entertain mediation as the form of ADR at the appropriate time and after some preliminary discovery has been conducted. The parties will endeavor to agree upon a mediator and place and time for mediation should the parties agree that mediation is appropriate. The mediator's fee will be paid by both sides per the mediator's fee schedule.

Respectfully submitted,

**DESHAZO & NESBITT, LLP**

By: /s/Scott F. DeShazo
    Scott F. DeShazo
    State Bar No. 24011414
    sdeshazo@dnaustin.com
    Thomas A. Nesbitt
    State Bar No. 24007738
    tnesbitt@dnaustin.com
    Rachel Noffke
    State Bar No. 24007754
    rnoffke@dnaustin.com
    DESHAZO & NESBITT, LLP
    809 West Avenue
    Austin, Texas 78701
    (512) 617-5560 - Telephone
    (512) 617-5563 – Facsimile
    **COUNSEL FOR DEFENDANT**

    **And**

By: /s/Soraya Hanshew
    Soraya Yanar Hanshew
    State Bar No. 24047151
    syhlaw@outlook.com
    The Hanshew Law Firm, PLLC
    632 Moondale Dr.
    El Paso, Texas 79912
    Tel: (915) 491-6181
    Fax: (915) 996-9907
    **COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served on the following known Filing Users through the NEF, on this 20th day of April, 2015:

Soraya Yanar Hanshew
The Hanshew Law Firm, PLLC
632 Moondale Dr.
El Paso, Texas 79912
Fax: (915) 996-9907

        /s/ Scott F. DeShazo
        Scott F. DeShazo