IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Jesus Parra,
Plaintiff

-vs-

FEDEX FREIGHT SERVICES, INC.,
Defendant

Case No.: 1:15-cv-030-ss

### NOTICE CONCERNING REFERENCE TO UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rules of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party: _Plaintiff, Jesus Parra_

through counsel: _Soraya Yanar Hanshew_

hereby (select one):

☒ consents to having a United States Magistrate Judge preside over the trial in this case.

☐ declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

_[signature]_
Attorney for: _Jesus Parra_