IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Jesus Parra,
Plaintiff

-vs-                                                    Case No.: 1:15-cv-030-ss

FEDEX FREIGHT SERVICES, INC.,
Defendant

---

## NOTICE CONCERNING REFERENCE TO
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 626(c), Federal Rules of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party: __Defendant__

through counsel: __Rachel Noffke__

hereby (select one):

○ consents to having a United States Magistrate Judge preside over the trial in this case.

☑ declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

__/s/ Rachel Noffke__
Attorney for: __Defendant__