United States District Court
Western District of Texas
Austin
**Deficiency Notice**

| | |
|---|---|
| To: | Hanshew, Soraya Yanar |
| From: | Court Operations Department, Western District of Texas |
| Date: | Friday, July 10, 2015 |
| Re: | 01:15-CV-00030-SS / Doc # 18 / Filed On: 07/10/2015 11:20 AM CST |

Pursuant to the Administrative Polices and Procedures for Electronic Filing in Civil and Criminal Cases, the following pleading has been filed.  However, it is deficient in the area(s) checked below.  Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY.**  When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text.  If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: A Proposed Order is required on non-dispositive motions.  Please file ONLY the Proposed Order, do NOT refile the entire document.  Use the "Attachment" event from the menu and attach the proposed order as the "Main Document."  LINK the Proposed Order to the Original Document.  In the Docket Text, type "(Proposed Order)".